# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In Re:

AJID MEMIC
SAMIRA MEMIC           CASE NO. 9:10-BK-02740-ALP
                       CHAPTER 13

Debtor(s)

_____/

## ORDER GRANTING U.S. BANK, NATIONAL ASSOCIATION, ND MOTION FOR MODIFICATION OF AUTOMATIC STAY

### (DEBTOR SURRENDERD COLLATERAL IN THE PLAN)

THIS CAUSE came on for consideration upon Motion of Creditor, U.S. BANK, NATIONAL ASSOCIATION, ND, seeking modification of the automatic stay (D.E. 24). The Debtor having surrendered the collateral in the Chapter 13 Plan and the Court being fully advised in the premises, it is

ORDERED: The motion for relief from automatic stay be and is hereby ~~entered.~~ granted. It is further

ORDERED: The order granting relief from automatic stay be and is hereby entered for the sole purpose of allowing movant to obtain an in rem judgment against the property, to wit:

**ALL THAT CERTAIN LAND SITUATE IN LEE COUNTY, FLORIDA, VIZ:**

**LOTS(S) 23 AND 24, BLOCK 924, UNIT 26, CAPE CORAL SUBDIVISION, ACCORDIG TO THE PLAT THEREOF, AS RECORDED**

**IN PLAT BOOK 14, PAGE(S) 117 TO 148, INCLUSIVE, IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

**A/K/A 160 AVIATION PKWY, CAPE CORAL, FLORIDA 33904**

and that movant shall not seek or obtain an in personam judgment against the debtor.

DONE AND ORDERED on July 16, 2010.

Alexander L. Paskay
United States Bankruptcy Judge

Copies furnished to:

U.S. BANK, NATIONAL ASSOCIATION, ND
c/o Josh D Donnelly, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

AJID MEMIC
160 AVIATION PKWY
CAPE CORAL, FL 33904

SAMIRA MEMIC
160 AVIATION PKWY
CAPE CORAL, FL 33904

KIM LEVY, ESQUIRE
2110 CLEVELAND AVENUE
FORT MYERS, FL 33901

JON WAAGE, TRUSTEE
P.O. BOX 25001
BRADENTON, FL 34206